481 A.2d 609

**Eleanor JEWETT**

v.

**B & O RAILROAD, CHESSIE SYSTEM, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 14, 1984.

Decided Sept. 24, 1984.

Theresa Homisak, Gary F. Sharlock, Pittsburgh, for appellant at No. 10.

William T. Smith, Harrisburg, for appellants at No. 21.

Gary M. Davis, Pittsburgh, for appellee at No. 10.

G. Thompson Bell, III, Asst. General Counsel, Harrisburg, for appellee at No. 21.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Order affirmed.

McDERMOTT, J., dissents.

PAPADAKOS, J., did not participate in the consideration or decision of this case.